UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ERIKA ALEXANDRIA, on behalf of herself and :
all others similarly situated,
                                           :
                        Plaintiff,         :
                                           :           ORDER
         -against-                         :
                                           :           25 Civ. 4479 (GBD)
                                           :
ANNA SHEFFIELD JEWELRY, INC.,              :
                                           :
                        Defendants.        :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days.

Dated: New York, New York
      AUG 1 2 2025

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge